Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, Nv 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-Mail: Gmwesq@Weltlaw.Com; Kwp@Weltlaw.Com
Attorneys for Plaintiff
PATRICE C. BOURDEAU

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICE C. BOURDEAU, <br>       Plaintiff, <br> v. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br>       Defendant. | Case No.: 2:18-cv-00927-JAD-NJK <br><br> STIPULATION TO EXTEND TIME TO FILE aa <br><br> (FIRST REQUEST) |

Plaintiff Patrice C. Bourdeau and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from September 14, 2018 to

-1-

November 2, 2018 for Plaintiff to file Motion for Remand/Reversal with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Due to heavy caseload, counsel is in the process of transferring cases internally and has ceased the intake of new cases to prevent future issues of sort.

DATE: September 14, 2018            Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Patrice C. Bourdeau


DATE:  September 14, 2018

DAYLE ELIESON
United States Attorney


/s/ *Carolyn B. Chen*

BY: _____
Carolyn B. Chen
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

DATED: September 18, 2018

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE