1  Cyrus Safa
   Attorney at Law: 13241
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail rohlfing.office@rohlfinglaw.com

5  Gerald M. Welt
   Attorney at Law:  1575
6  411 E. Bonneville Avenue, #505
   Las Vegas, NV 89101
7  Tel.: (702) 382-2030
   Fax:  (702) 684-5157
8  E-mail:  gmwesq@weltlaw.com; kwp@weltlaw.com

9  Attorneys for Plaintiff
   Patrice C. Bourdeau
10

11
                    **UNITED STATES DISTRICT COURT**
12                      **DISTRICT OF NEVADA**

13

14  PATRICE C. BOURDEAU,              ) Case No.: 2:18-cv-00927-JAD-NJK
                                      )
15                                    ) STIPULATION FOR DISMISSAL
              Plaintiff,              )
16                                    )
         vs.                          )            **[ECF Nos. 19, 23, 25]**
17                                    )
                                      )
18  NANCY A. BERRYHILL, Acting        )
    Commissioner of Social Security,  )
19                                    )
                                      )
20            Defendant.              )
                                      )
21  _____ )

22
         TO THE HONORABLE NANCY J. KOPPE, MAGISTRATE JUDGE OF
23
    THE DISTRICT COURT:
24
         IT IS HEREBY STIPULATED, by and between Patrice C. Bourdeau
25
    ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social
26

                                    -1-

1 Security ("Defendant"), that this matter be dismissed without prejudice, each party

2 to bear its own fees, costs, and expenses.  The parties enter into this stipulation

3 pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring

4 no separate order of the Court.

5 DATE: March 15, 2019   Respectfully submitted,

6                          LAW OFFICES OF LAWRENCE D. ROHLFING

7

             /s/ *Cyrus Safa*

8             BY:_____

9              Cyrus Safa
             Attorney for plaintiff Patrice C. Bourdeau

10 DATE: March 15, 2019

11              NICHOLAS A. TRUTANICH

12              United States Attorney

13

14

             /s/ *Annabelle J. Yang*

15             _____

16              ANNABELLE J. YANG
             Special Assistant United States Attorney

17              Attorneys for Defendant Nancy A. Berryhill,
             Acting Commissioner of Social Security

18              (Per e-mail authorization)

19

20                       **ORDER**

21

22    Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS

23 HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to
bear its own fees and costs.  All pending motions **[ECF Nos. 19, 23]** are DENIED as moot.

24 The **Clerk of Court** is directed to **CLOSE THIS CASE**.

25                     _____
                    U.S. District Judge Jennifer A. Dorsey

26                     Dated: March 17, 2019